# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **SYMBOL TECHNOLOGIES, INC.,** | § § | |
| Plaintiff, | § § § § | Civil Action No.<br>2:05cv509(LED)<br>**PATENT CASE** |
| v. | § § | Honorable Leonard E. Davis |
| **METROLOGIC INSTRUMENTS, INC.** | § § | Honorable John D. Love |
| Defendant. | § | |

## STIPULATION AND ORDER OF DISMISSAL

The parties hereby advise the Court of the execution of a Settlement and Patent Cross License Agreement (the "Agreement") to conclude the above-referenced litigation. Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and subject to the terms and conditions of the Agreement, it is hereby stipulated by the parties that this action, including all claims and counterclaims, is dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: January 4, 2008

| *Attorneys for Plaintiff,*<br>*Symbol Technologies, Inc.* | *Attorneys for Defendant,*<br>*Metrologic Instruments, Inc.* |
|---|---|
| */s/ John M. Pickett*_____ | */s/ J. Thad Heartfield*_____<br>   with permission */s/ John M. Pickett* |
| John M. Pickett<br>State Bar No. 15980320<br>Damon M. Young<br>State Bar No. 22176700<br>W. Lance Lee<br>State Bar No. 24004762<br>**YOUNG, PICKETT & LEE**<br>4122 Texas Boulevard, P.O. Box 1897<br>Texarkana, Texas 75504<br>Telephone: 903-794-1303<br>Facsimile: 903-792-509 | J. Thad Heartfield<br>State Bar No. 09346800<br>**THE HEARTFIELD LAW FIRM**<br>2195 Dowlen Road<br>Beaumont, Texas 77706<br>Telephone: (409) 866-3318<br>Facsimile: (409) 866-5789 |

| | |
|---|---|
| Eric J. Lobenfeld | Dennis J. Mondolino |
| Ira J. Schaefer | Lisa M. Ferri |
| Jonathan M. Sobel | Peter Schuyler |
| Mitchell S. Feller | Brian W. Nolan |
| **HOGAN & HARTSON L.L.P.** | **MCDERMOTT WILL & EMERY LLP** |
| 875 Third Avenue | 340 Madison Avenue |
| New York, NY 10022 | New York, New York 10017 |
| (212) 918-3000 | (212) 547-5400 |

IT SO ORDERED.